Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

No. **61839.**—International Packers, Ltd. *v.* United States, protests 243910–K, 247320–K, and 247387–K (Nogales).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. **61840.**—L. H. Graves *v.* United States, protests 245047–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. **61841.**—Paolo Alonge, Inc., et al. *v.* United States, protests 211483–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.

No. **61842.**—Chicago Macaroni Co. of N. Y., Inc., et al. *v.* United States, protests 211679–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.

**No. 61843.**—Catherine T. Alonge, et al. *v.* United States, protests 271263–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.

**No. 61844.**—Catherine J. Alonge et al. *v.* United States, protests 286952–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.

APRIL 17, 1958

**No. 61845.**—Sciaky Bros., Inc. *v.* United States, protest 227393–K.— C. D. 1972.

Motion of Government for rehearing denied.

APRIL 18, 1958

**No. 61846.**—SUIT 4926.—Nicholas Gal (Globe Shipping Co., Inc.) *v.* United States.— A. R. D. 72. (Appeal dismissed March 4, 1958.)

BEFORE THE FIRST DIVISION, APRIL 22, 1958

**No. 61847.**—Manca, Inc. *v.* United States, protest 264224–K (New York).